# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| K.B., a minor, | ) | |
| By his parent and next friend, | ) | |
| SHERINA DAVIS | ) | |
| 9 Temple Ct., NW | ) | |
| Washington, D.C. 20001 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| K.B. | ) | |
| 9 Temple Ct., NW | ) | |
| Washington, D.C. 20001 | ) | |
| | ) | |
| | ) | |
|      Plaintiffs, | ) | 070877 (RWR) |
| | ) | Judge Roberts |
|      v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| A Municipal Corporation, | ) | |
| One Judiciary Square | ) | |
| 441 4th St., N.W. | ) | |
| Washington, D.C.  20001, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CLIFFORD JANEY, | ) | |
| Superintendent, | ) | |
| District of Columbia Public Schools | ) | |
| 825 North Capitol St., N.E. | ) | |
| Washington, D.C.  20002 | ) | |
| (In his official capacity) | ) | |
| | ) | |
|      Defendants. | ) | |
| _____ | ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff

Sherina Davis, mother and next of friend of minor child, K.B., through undersigned

counsel, respectfully withdraws her Complaint and Motion for Preliminary Injunction

through this notice of dismissal, as the parties have reached an agreement in this matter.

WHEREFORE, Plaintiff respectfully provides notice to this Honorable Court of

the voluntary dismissal of Plaintiff's Complaint and Motion for Preliminary Injunction.

Respectfully submitted,


/s/ Yael B. Zakai
Yael B. Zakai
D.C. Bar No. 483289
*Pro Bono* Counsel for Ms. Davis
The Children's Law Center
616 H St., NW, Suite 300
Washington, D.C. 20001
202-467-4900 x513
Fax: 202-467-4949
yzakai@childrenslawcenter.org



/s/ Laura N. Rinaldi
Laura N. Rinaldi
D.C. Bar No. 480096
*Pro Bono* Counsel for Ms. Davis
The Children's Law Center
616 H St., NW, Suite 300
Washington, DC 20001
202-467-4900, ext. 518
Fax: 202-467-4949
lrinaldi@childrenslawcenter.org

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2007, I provided via first class mail a copy of the foregoing Notice of Voluntary Dismissal of Plaintiff's Complaint and Motion for Preliminary Injunction to:


Linda Singer
Veronica Porter
Office of the Attorney General
441 4th Street, NW, 6th Floor
Washington, D.C. 20001

Tabitha Braxton
Office of the Secretary, Executive Office of the Mayor of the District of Columbia
1350 Pennsylvania Avenue, NW, Suite 419
Washington, D.C. 20004

Abbey Hairston
Stephanie Ramjohn Moore
Office of the General Counsel
D.C. Public Schools
825 North Capitol Street, N.E., 9th Floor
Washington D.C. 20002.


                                        /s/ Yael B. Zakai
                                        Yael B. Zakai, Esq.